IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OLGA OSORIO BENITEZ,

    Petitioner,

v.                                                    CASE NO. 4:10-cv-00480-MP -WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

# O R D E R

This matter is before the Court on Doc. 13, Amended Report and Recommendation of the Magistrate Judge, recommending that the petition under 28 U.S.C. § 2241 be dismissed as petitioner cannot proceed under the savings clause of 28 U.S.C. § 2255. The time for filing objections has passed, and none have been filed.

Petitioner has previously filed a § 2255 motion, and was denied leave by the Fifth Circuit to file a successive § 2255 motion.  She thus seeks to fit into the savings clause of § 2255, and be allowed to file a § 2241 petition.  As stated by the Magistrate Judge, to satisfy the savings clause, petitioner must show that her claim is based on a retroactively applicable Supreme Court decision establishing that she was convicted of a nonexistent offense and that circuit law had squarely foreclosed the claim at the time of trial, appeal, or first § 2255 motion. Wofford v. Scott, 177 F.3d 1236, 1244 (11th Cir. 1999).  The Court agrees with the

Magistrate Judge that petitioner cannot show a retroactively applicable decision that would render her offense non-existent. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The petition under 28 U.S.C. § 2241 is denied with prejudice.

**DONE AND ORDERED** this *17th* day of May, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge